IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01274-BNB

PAUL TENORIO,

Plaintiff,

v.

SYNCHRONOS TECHNOLOGIES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Corrected Unopposed Motion to Amend Caption** [docket no. 14, filed May 30, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The corrected name of defendant, **Synchronos** Technologies, Inc., is shown in the above caption and is to be used on all future filings.


DATED:  May 30, 2014