IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01274-WJM-BNB

PAUL TENORIO,

Plaintiff,

v.

SYNCHRONOSS TECHNOLOGIES, INC.,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 This matter is before the Court on the **Plaintiff's Renewed Unopposed Motion to Extend the Discovery and Dispositive Motion Deadlines** [docket no. 50, filed December 12, 2014] (the "Motion").

 IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **February 23, 2015**. The dispositive motion deadline is extended to and including **March 23, 2015**.

 IT IS FURTHER ORDERED that the Pretrial Conference set for April 9, 2015, is **vacated and reset to May 28, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **May 21, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: December 15, 2014